IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DENNIS B. EVANSON, et al.,<br><br>　　　　　　Defendants. | ORDER<br><br>AND<br><br>MEMORANDUM DECISION<br><br><br>Case No. 2:05-CR-805-TC |

　　　　Under the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, federal judiciary documents that are electronically available to the public must not contain confidential information such as social security numbers.  See, e.g., id. § 205(c)(3)(A)(iv)-(v); Dist. of Utah CM/ECF Admin. Proc. Manual Pt. II.D (available on-line at www.utd.uscourts.gov).  Litigants who file documents are supposed to redact any such information if it is not relevant to the purpose of the filing, or, in the alternative, seal the document according to the court's rules.  Id.

　　　　In this case, the court has discovered unsealed and unredacted exhibits that contain numerous names with corresponding social security numbers.  Those social security numbers are not relevant to the filing at issue.  To protect the private information of those individuals, it is hereby ORDERED as follows:

　　　　1.　　The Clerk of the Court is directed to remove the following images from the docket in this case:

　　　　•　　Docket # 145-6 (Ex. 5 to Docket # 145)

- Docket # 376-2 (Ex. C to Docket # 359)

- Docket # 376-3 and Docket # 376-4 (Ex. D to Docket # 359)

2.  The filing party is directed to re-file the above-listed exhibits in redacted form as soon as possible so that no protected information is disclosed.

DATED this 26th day of October, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge